AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Ronnie Shack, year of birth 2000<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-MJ-2568 JMR |

**FILED**
United States District Court
Albuquerque, New Mexico
_____
Erik Paltrow
Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 26, 2026_____ in the county of _____McKinley_____ in the
_____ District of _____New Mexico_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C §§ 1153 and 113(a)(3) | Assault with a Dangerous Weapon |

This criminal complaint is based on these facts:
See Attached Affidavit

❒ Continued on the attached sheet.

_____
*Complainant's signature*

**Justin Keck, FBI Special Agent**
*Printed name and title*

Electronically submitted and telephonically sworn.

Date: ____5/27/2026____

_____
*Judge's signature*

City and state: ____Albuquerque, New Mexico____

Jennifer M. Rozzoni, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Justin Keck, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the FBI and have been so employed since December 2020. I am currently assigned to the Albuquerque Field Office, Gallup Resident Agency.  My primary duties as a Special Agent with the FBI include investigating federal crimes occurring within our jurisdiction, violent crimes, bank robbery, and other associated violations of Federal law. I have gained experience in the conduct of such investigations through previous case investigations, formal training, and in consultation with law enforcement partners in local, state and federal law enforcement agencies.  As a Federal Agent, I am authorized to investigate violations of the laws of the United States and have authority to execute criminal complaints and search warrants issued under the authority of the United States.

2.      This affidavit is based upon my personal knowledge, and upon information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.  Throughout this affidavit, reference will be made to law enforcement officers.  Law enforcement officers are those federal, state, and local law enforcement officers who have directly participated in this investigation, and with whom your affiant has had regular contact regarding this investigation.

3.      This affidavit is made in support of a Criminal Complaint charging Ronnie Shack (SHACK) with Assault with a Dangerous Weapon in Indian Country, in violation of 18 U.S.C §§ 1153 and 113(a)(3).

1

## FACTS AND CIRCUMSTANCES ESTABLISHING PROBABLE CAUSE

4.   On March 26, 2026, the Federal Bureau of Investigation (FBI) was contacted by Criminal Investigator (CI) Keera Bobelu of Zuni Police Department (ZPD) regarding an assault of John Doe, hereinafter referred to as "VICTIM," by SHACK. The FBI responded to Zuni Comprehensive Community Hospital. VICTIM had been transported to University of New Mexico Hospital, located at 2211 Lomas Boulevard Northeast, Albuquerque, New Mexico 87106, for further medical treatment.

5.   Your Affiant interviewed VICTIM and learned the following information:

- On March 26, 2026,  the VICTIM was with SHACK for most of the day at SHACK's home, located at 670 Bowannie Drive, Zuni, New Mexico 87327.

- The VICTIM and SHACK were doing drugs and hanging out.

- Once the sun went down, an argument over a missing green propane tank started between the VICTIM and SHACK.

- As VICTIM left SHACK'S residence, SHACK followed VICTIM and cut the VICTIM with a machete or hatchet. The VICTIM ran down the street and SHACK followed.

- The neighbors down the street called 911, and the VICTIM was transported to the Zuni Comprehensive Community Health Center.

- The VICTIM described the machete as having a green paracord on the handle. VICTIM said SHACK carries the machete attached to his belt. FBI collected the VICTIM's clothing from the hospital due the presence of a red substance, presumed to be blood, present on the clothing.

6.      On March 27, 2026, the Zuni Police Department arrested SHACK on tribal charges for assaulting the VICTIM.

7.      On March 30, 2026, your Affiant interviewed K.L., year of birth 1996, hereinafter referred to as WITNESS 1, and learned the following information:

- On March 26, 2026, WITNESS 1 heard VICTIM and SHACK get in an argument about a propane tank.

- The VICTIM and SHACK left SHACK's residence.

- SHACK later returned to SHACK's residence and stated something to effect of: "I used my knife on him," and "I think I cut him on the arm."

- WITNESS 1 purchased a survival kit from Walmart a few days prior for SHACK. In the survival kit was a machete, a small knife, a hatchet, and a fire starter. The machete was black with green cord on the handle. SHACK carried the machete on his side. SHACK took the machete with him after departing from SHACK's residence.

- SHACK returned to his residence the next morning. SHACK told WITNESS 1 that SHACK sold the machete. SHACK keeps the hatchet and knife in his backpack.

- SHACK left his backpack at his aunt's house, located at 1162-NM-53, Zuni, New Mexico 87327.

8.      On March 30, 2026, FBI Agents interviewed E.P., year of birth 1984, hereinafter referred to as "WITNESS 2." a resident of 1162-NM-53, Zuni, New Mexico 87327, and learned the following information:

3

- On March 27, 2026, SHACK arrived at WITNESS 2's residence. SHACK placed his backpack and a machete in WITNESS 2's residence.

- SHACK emptied his pockets and placed the contents inside of the backpack.

- SHACK told WITNESS 2 not to tell the police he was there.

- WITNESS 2's husband attached the machete to the outside handle of the backpack.

9. On March 30, 2026, at the conclusion of the interview, WITNESS 2 gave FBI Agents the backpack with the machete still attached. FBI Agents seized the backpack and machete for preservation of evidence and to search after obtaining a search warrant.

10. On March 31, 2026, a search warrant was obtained by the FBI to search the referenced backpack. On April 1, 2026, the FBI executed the search warrant. Upon completion of the search of the backpack, a machete, among other items, were seized by the FBI.

11. On May 5, 2026, the FBI and ZPD CI interviewed SHACK at the Zuni Detention Facility. After being advised of his rights and voluntarily waiving his rights, SHACK provided that the following information:

- He and the VICTIM were together at SHACK's residence the night of the assault. The VICTIM stole a propane tank from SHACK.

- SHACK became angry with VICTIM and took a machete from his side and attacked VICTIM, slashing the VICIM in the back with the machete. VICTIM ran away down the street, and SHACK pursued after him on SHACK'S bicycle.

- The VICTIM was shouting SHACK'S name. SHACK left the scene and hid.

- SHACK could see ZPD around his house.

- SHACK stated that VICTIM was lucky SHACK did not get VICTIM in the neck or the head.

- SHACK stated he had no remorse for attacking VICTIM. SHACK stated VICTIM deserved it.

- The following day SHACK was arrested by ZPD at WITNESS 2's residence. SHACK left his backpack at WITNESS 2's residence. SHACK had placed the machete used in the attack on VICTIM in the side pocket of the backpack.

- SHACK confirmed that machete with the backpack was the machete used against VICTIM. SHACK described the backpack as a Spider-man backpack.

12.	Your affiant is aware that the VICTIM was transported to UNMH for treatment of wounds he sustained in the attack.

13.	ZPD confirmed SHACK is an enrolled member of the Zuni tribe and therefore is an "Indian" as that term is defined by federal law.

14.	The assault described above was confirmed by ZPD to have occurred within the exterior boundaries of the Zuni reservation.

15.	Assistant United States Attorney Jack Burkhead has reviewed and approved this affidavit for legal sufficiency in support of a Criminal Complaint.

*Justin Keck*

Justin Keck
Special Agent
Federal Bureau of Investigation

Telephonically sworn and electronically signed on the 27th day of May 2026.

JENNIFER M. ROZZONI
UNITED STATES MAGISTRATE JUDGE

6